UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60564-DIMITROULEAS/SNOW

GERALD M. ROBINSON,

    Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Snow (the "Report") [DE 27], filed herein on January 26, 2021. The Court has conducted a *de novo* review of the Report [DE 27] and has carefully considered Plaintiff's Objections [DE 28] and Defendant's Response to Plaintiff's Objections [DE 29]. The Court is otherwise fully advised in the premises.

### I.  BACKGROUND

Plaintiff filed an application for disability benefits on March 14, 2017, alleging disability as a result of back pain, epilepsy, depression and other impairments. The application was denied initially and upon reconsideration. Plaintiff then requested a hearing, which was held before Administrative Law Judge (ALJ) James Cole Cartledge on April 29, 2019. The ALJ found that Plaintiff was not disabled within the meaning of the Social Security Act. The Appeals Council denied Plaintiff's request for review on January 31, 2020. On March 16, 2020, Plaintiff filed this action seeking judicial review of the decision of the Commissioner.

On October 28, 2020, Plaintiff filed a Motion for Summary Judgment, seeking that the

Court reverse and remand this matter to the Commissioner for an award of benefits or, in the alternative, a remand for further consideration and analysis. [DE 21]. On November 25, 2020, Defendant filed a Motion for Summary Judgment. [DE 22]. On January 26, 2021, Magistrate Judge Snow issued her Report, recommending that Plaintiff's Motion be denied and that Defendant's Motion be granted. *See* [DE 27].

## II.  STANDARD OF REVIEW

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; *see also* 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Plaintiff's objections.

## III.  DISCUSSION

Plaintiff objects to the Report's purported errors of (1) recommending that the Court uphold the ALJ decision which Plaintiff contends did not properly evaluate Plaintiff's spinal disorders pursuant to the requirements set forth under Listing 1.04 and did not properly assess

treating physician opinion evidence of record and (2) supporting the ALJ's residual functional capacity ("RFC") assessment which Plaintiff argues was not based on substantial evidence. In her Report, Magistrate Judge Snow explained the reasoning of the ALJ's stated basis for rejecting Plaintiff's claim regarding his disc disease meeting or medically equaling the relevant requirements and the ALJ's weighing of the physician opinion evidence. Further, she determined that the ALJ's decisions were properly supported by substantial record evidence. Upon review of the record, the Court agrees with the reasoning, conclusions, and recommendations of the Magistrate Judge. A court should affirm an ALJ's decision "if the decision was supported by substantial evidence . . . defined as such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Shinn ex rel. Shinn v. Comm'r of Soc. Sec.*, 391 F.3d 1276, 1281 (11th Cir. 2004) (internal quotations and citations omitted). The Court agrees with Magistrate Judge Snow that Plaintiff has failed to establish that the ALJ committed any error, and that substantial evidence is present to support the ALJ's conclusions.

## IV.   CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 27] is hereby **APPROVED**;
2. Plaintiff's Objections [DE 28] are hereby **OVERRULED**;
3. Plaintiff's Motion for Summary Judgment [DE 21] is hereby **DENIED**;
4. Defendant's Motion for Summary Judgment [DE 22] is hereby **GRANTED**;
5. The ALJ's decision is **AFFIRMED**; and
6. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of March, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Snow
Counsel of record